IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Lawrence Terry, | C/A No. 3:25-cv-14060-JFA-PJG |
| Plaintiff, | |
| vs. | **ORDER** |
| Gobrand, Inc. and Voya Financial, | |
| Defendants. | |

Plaintiff Lawrence Terry, ("Plaintiff") proceeding *pro se*, brings this action alleging violations of the ADA and ERISA. In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02(B)(2) (D.S.C.), the case was referred to the Magistrate Judge for initial review.

After performing an initial review of Plaintiff's amended complaint and various motions, the Magistrate Judge assigned to this action prepared a thorough Report and Recommendation ("Report"). (ECF No. 33). Within the Report, the Magistrate Judge opines that this matter should be summarily dismissed for Plaintiff's failure to state a plausible claim. The Report sets forth, in detail, the relevant facts and standards of law on this matter, and this Court incorporates those facts and standards without a recitation.

Plaintiff was advised of his right to object to the Report, which was entered on the docket on May 27, 2026. *Id.* The Magistrate Judge required Plaintiff to file objections by June 10, 2026. *Id.* Plaintiff failed to file objections. Thus, this matter is ripe for review.

A district court is only required to conduct a *de novo* review of the specific portions of the Magistrate Judge's Report to which an objection is made. *See* 28 U.S.C. § 636(b);

1

Fed. R. Civ. P. 72(b); *Carniewski v. W. Virginia Bd. of Prob. & Parole*, 974 F.2d 1330 (4th Cir. 1992). In the absence of specific objections to portions of the Magistrate's Report, this Court is not required to give an explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

Here, Plaintiff has failed to raise any objections and therefore this Court is not required to give an explanation for adopting the recommendation. A review of the Report and prior orders indicates that the Magistrate Judge correctly concluded that Plaintiff's Amended Complaint is subject to dismissal.

After carefully reviewing the applicable laws, the record in this case, and the Report, this Court finds the Magistrate Judge's recommendation fairly and accurately summarizes the facts and applies the correct principles of law. Accordingly, this Court adopts the Magistrate Judge's Report and Recommendation and incorporates it herein by reference. (ECF No. 33). Consequently, this action is dismissed without prejudice and without issuance and service of process. Additionally, Plaintiff's motions for preliminary relief are denied. (ECF Nos. 2, 10).

IT IS SO ORDERED.

July 2, 2026                                              Joseph F. Anderson, Jr.
Columbia, South Carolina                         United States District Judge

2